## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
## CIVIL MINUTE ORDER

| | | | |
|---|---|---|---|
| **Case Title :** | Daniel P. Harr and Deborah L. Gibson | **Case No :** | 10-21877 - B - 13J |
| | | **Date :** | 5/25/10 |
| | | **Time :** | 09:31 |
| **Matter :** | [53] - Motion/Application for Relief from Stay [MIG-1] Filed by Creditor BankUnited (Fee Paid $150) (dpas) | | |
| **Judge :** | Thomas Holman | | |
| **Courtroom Deputy :** | Sheryl Arnold | | |
| **Reporter :** | Diamond Reporters | | |
| **Department :** | B | | |

**APPEARANCES for :**
**Movant(s) :**
(by phone)     Creditor's Attorney - Rami Haddad
**Respondent(s) :**

### CIVIL MINUTE ORDER

Due to the size of the three related calendars (287 matters), the court made the following ruling without findings.

IT IS ORDERED that the motion is dismissed as moot. The plan, filed March 29, 2010 (Dkt. 43) and confirmed by order entered May 14, 2010 (Dkt. 61), already provides relief from the automatic stay for this Class 3 claim regarding real property located at 165 Moody Meadow Road, Chester, CA 96020.

Dated: May 28, 2010

*/s/ Thomas C. Holman*
Thomas C. Holman
United States Bankruptcy Judge