FILED
August 23, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
D83

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
## CIVIL MINUTE ORDER

| | | | |
|---|---|---|---|
| **Case Title :** | Daniel P. Harr and Deborah L. Gibson | **Case No :** | 10-21877 - B - 13J |
| | | **Date :** | 8/17/10 |
| | | **Time :** | 09:32 |
| **Matter :** | [75] - Motion/Application to Confirm/Modify Chapter 13 Plan [KB-3] Filed by Joint Debtor Deborah L. Gibson, Debtor Daniel P. Harr (wlos) | | |
| **Judge :** | Thomas Holman | | |
| **Courtroom Deputy :** | Sheryl Arnold | | |
| **Reporter :** | Diamond Reporters | | |
| **Department :** | B | | |

**APPEARANCES for :**
**Movant(s) :**
**Respondent(s) :**

CIVIL MINUTE ORDER

The matter was unopposed. Due to the size of the three related calendars (370 matters), the court made the following ruling without findings.

IT IS ORDERED that the motion is 1) granted, and 2) the modified plan filed June 24, 2010 is confirmed.

Dated: August 23, 2010

Thomas C. Holman
United States Bankruptcy Judge